UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MEGAN STRABER,<br><br>　　　　PLAINTIFF<br><br>v.<br><br>VIRTUOSO SOURCING GROUP, LLC,<br><br>　　　　DEFENDANT. | Dismissal acknowledged. JMS, DJ 6/13/13<br><br>CAUSE NO. 1:13-CV-0348 JMS-DKL |

**AGREED ORDER OF DISMISSAL**

By agreement of the parties, Plaintiff Megan Straber and Defendant Virtuoso Sourcing Group, LLC, who have entered into a settlement agreement fully and finally resolving this matter, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the complaint in this action is DISMISSED, in its entirety, with prejudice.  Each party shall bear its own costs.